PLAINTIFF'S EXHIBIT 6

Jared Davis

Investigation Summary

Investigative Summary

v. Rankins

**Introduction:**
On January 22, 2015, ▊▊▊▊▊▊▊▊ ("Ms▊▊▊▊"), UNT Student, submitted a complaint form to the Office of Equal Opportunity ("OEO") against, Derek Rankins, UNT Employee. Based upon the information obtained, a formal investigation was initiated on January 23, 2015.

**Allegation:**
On January 8, 2015, Mr. Rankins sexually assaulted Ms. ▊▊▊▊. More specifically, Ms. ▊▊▊▊ alleges on the morning of January 8, 2015, Mr. Rankins raped and fondled her.

**Methodology:**
The investigation consisted of face-to-face interviews with Ms. ▊▊▊▊, Mr. Rankins, and Mr. Pablo Olguin, UNT Student. Further, the investigation reviewed written statements from Ms. ▊▊▊▊, Mr. Rankins, and text message exchanges.

**Respondent's Position:**
Mr. Rankins confirmed both he and Ms. ▊▊▊▊ had sexual intercourse on the morning of January 8, 2015. However, Mr. Rankins maintains Ms. ▊▊▊▊ was fully conscious and the intercourse was consensual and not resisted.

**Findings of Fact:**

1. Mr. Rankins and Ms. ▊▊▊▊ developed a friendship or acquaintance as early as November 2014 and after a series of text message exchanges on the night of January 7, 2015, Ms. ▊▊▊▊ met Mr. Rankins at his apartment for a drink shortly before 12:00 AM the morning of January 8, 2015.
2. According to both Ms. ▊▊▊▊ and Mr. Rankins, the two had additional drinks at Mr. Rankins' apartment the night of January 7, 2015 and shortly thereafter, they engaged in sexual intercourse and Ms. ▊▊▊▊ remained through the night and departed after Mr. Rankins left for work the morning of January 8, 2015.
3. According to Mr. Rankins, Ms. ▊▊▊▊ was fully awake and communicative and shortly after arriving began rubbing her breasts. It was after this, according to Mr. Rankins, that Ms. ▊▊▊▊ asked, "What do you want to do?" In response, Mr. Rankins maintains he stated to Ms. ▊▊▊▊ that he wanted to have sex, which led to what he described as consensual sex.
4. Both Mr. Rankins and Ms. ▊▊▊▊ spent the night together and upon leaving for working he left his apartment key for Ms. ▊▊▊▊ to let herself out the next morning.



1

5. According to Ms. ███ the morning of January 8, 2015, Mr. Rankins forcibly fondled her and engaged in what she described as non-consensual sex or rape. More specifically, Ms. ███ explained that she may have been unawake at times, but she recalled feeling Mr. ███ penis inside of her vagina and asking whether he was wearing condom. After Mr. Rankin departed for work later the same morning, Ms. ███ left the apartment and flagged down a Denton police officer, reported the incident and was taken to a local hospital where a "Sane Exam" was administered.
6. Pablo Olguin, a personal friend of Ms. ███ confirmed they had been at his apartment consuming alcoholic beverages on the evening of January 7, 2015. Mr. Olguin further confirmed Ms. ███ departed around 11:30 that night and remarked he could not tell she was intoxicated and he recalled her behavior and disposition as stoic, speech not slurred, and steady on her feet.
7. As of the date of this report, there are no pending criminal charges against Mr. Rankins.
8. UNT Policy 1.3.7 prohibits sexual violence as a form of sex discrimination. Specifically, the policy defines sexual violence as physical sexual acts perpetrated against a person's will or where a person is incapable of giving consent due to the victim's use of drugs or alcohol.

**Analysis and Determination**

This investigation has determined Mr. Rankins and Mr. ███ did engage in sexual intercourse on the morning of January 8, 2015. However, there is insufficient evidence to determine Mr. Rankins' participation qualifies as sexual violence as defined in the above-mentioned policy. Particularly, the evidence fails to substantiate Ms. ███ was intoxicated or otherwise incapable of giving consent to the sexual act. As such, it cannot be determined Mr. Rankins violated UNT Policy 1.3.7.

**Recommendation**

It is recommended Mr. Rankin is provided with equal opportunity training.

Report prepared by: _[signature]_ 7/29/15